# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>La Rue, Denise K. | 2. Court or Organization<br><br>U.S. Courts Southern District of Indiana | 3. Date of Report<br><br>5/2/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge-FT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>255 United States Courthouse<br>46 East Ohio Street<br>Indianapolis, IN 46278 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Partner | Haskin & LaRue, LLP |
| 3. President/Owner | Denise K. LaRue, P.C. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. March 2011 | Personal loan to Lee Alig |
| 2. May 2011 | Withdrawal from partnership and transfer of ownership interest in Haskin & LaRue LLP to John H. Haskin |
| 3. May 2011 | Transfer of ownership interest in 255 North Alabama St. LLC to John H. Haskin |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Haskin & LaRue LLP | $58,092.20 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Indiana CLE | September 29-30, 2011 | French Lick, Indiana | CLE Seminar Faculty | Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Morgan Keegan IRA (Guardian Variable Annutiy) #1 | | | | | | | | | |
| 2.   Alliance Bernstein VPS International Value | A | Dividend | J | T | | | | | |
| 3.   Black Rock Large Cap Core | A | Distribution | J | T | | | | | |
| 4.   Columbia Variable Portfolio Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 5.   Evergreen VA International Equity | A | Dividend | K | T | | | | | |
| 6.   Fidelity VIP Contra Fund | A | Distribution | J | T | | | | | |
| 7.   Fidelity MidCap Portfolio | A | Dividend | J | T | | | | | |
| 8.   Franklin Small Cap Value | A | Dividend | J | T | | | | | |
| 9.   Franklin US Government Securities | A | Interest | J | T | | | | | |
| 10.   RS Investment Quality Bond VIP Series | A | Interest | J | T | | | | | |
| 11.   RS Low Duration Bond VIP Series | A | Interest | K | T | | | | | |
| 12.   RS Large Cap Alpha VIP Series | A | Dividend | J | T | | | | | |
| 13.   MFS Utilities Series SC | A | Dividend | J | T | | | | | |
| 14.   Oppenheimer Capital Appreciation VA SC | A | Dividend | J | T | | | | | |
| 15.   Oppenheimer Main Street Small & Mid Cap Fund VA | A | Dividend | J | T | | | | | |
| 16.   Oppenheimer Global Strategic Income VA SC | A | Interest | J | T | | | | | |
| 17.   Pioneer Cullen Value VCT Class II | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pioneer Mid Cap Value VCT Class II | A | Dividend | J | T | | | | | |
| 19. PIMCO Total Return Advisor Class | A | Interest | J | T | | | | | |
| 20. Columbia Variable Portfolio Seligman Global Technology | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. Morgan Keegan Brokerage Account #2 | | | | | | | | | |
| 23. TRowe Price tax Free Short IntermediateBond Fund | A | Interest | K | T | | | | | |
| 24. iShares Investment Grade Corporate Bond Fund | A | Interest | K | T | | | | | |
| 25. iShares 1-3 Year Credit Bond Fund | A | Interest | K | T | | | | | |
| 26. First Trust NASDAQ 100 Equal Weighted Index | A | Dividend | J | T | | | | | |
| 27. iShares MSCI Emerging Markets Index Fund | A | Dividend | J | T | | | | | |
| 28. iShares S&P Latin America 40 Index Fund | A | Dividend | J | T | | | | | |
| 29. iShares S&P MidCap 400 Growth Index Fund | A | Dividend | J | T | | | | | |
| 30. iShares Trust Dow Jones US Utilities Index | A | Dividend | K | T | | | | | |
| 31. iShares S&P MidCap 400 Value Index Fund | A | Dividend | J | T | | | | | |
| 32. iShares Dow Jones Non Cyclical Consumer Staples Index Fund | A | Dividend | J | T | | | | | |
| 33. iShares S&P Small Cap 600 Value Index Fund | A | Dividend | J | T | | | | | |
| 34. iShares S&P Small Cap 600 Growth Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Powershares Areospace Index Fund | A | Dividend | J | T | | | | | |
| 36. ETF SPDR S&P Emerging Europe | A | Dividend | J | T | | | | | |
| 37. Utilites Select SPDR Index Fund | A | Dividend | J | T | | | | | |
| 38. Oppenheimer Developing Markets Fund | A | Dividend | J | T | | | | | |
| 39. iShares Dow Jones US Energy Sector Index Fund | A | Dividend | J | T | | | | | |
| 40. First Eagle Global Fund | A | Dividend | J | T | | | | | |
| 41. RS Global Natural Resources Fund | A | Dividend | J | T | | | | | |
| 42. Pac Life Variable Annuity | | None | J | T | | | | | |
| 43. iShares MSCI Malaysia (Free) Index Fund (Y) | | | | | | | | | |
| 44. iShares MSCI Singapore (Free) Index Fund (Y) | | | | | | | | | |
| 45. iShares S&P 500 Growth Index Fund (Y) | | | | | | | | | |
| 46. Nuveen Select Maturities Municipal Fund (Y) | | | | | | | | | |
| 47. Nuveen Municipal Value Fund (Y) | | | | | | | | | |
| 48. Arris Group (Y) | | | | | | | | | |
| 49. Eaton Vance Global Macro (Y) | | | | | | | | | |
| 50. RS Floating Rate Bond Fund (Y) | | | | | | | | | |
| 51. Microchip (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Novartis (Y) | | | | | | | | | |
| 53. Verizon (Y) | | | | | | | | | |
| 54. Sirius XM Radio (Y) | | | | | | | | | |
| 55. Vasco Data (Y) | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. Morgan Keegan IRA (closed July 2011)Account #3 | | | | | | | | | |
| 58. First Eagle Overseas Fund (Y) | | | | | | | | | |
| 59. JP Morgan MidCap Value (Y) | | | | | | | | | |
| 60. First Eagle Global (Y) | | | | | | | | | |
| 61. JP Morgan International Fund (Y) | | | | | | | | | |
| 62. JP Morgan Small Cap Equity (Y) | | | | | | | | | |
| 63. JP Morgan Mid Cap Diversified (Y) | | | | | | | | | |
| 64. MFS International New Discovery (Y) | | | | | | | | | |
| 65. MFS Technology Fund (Y) | | | | | | | | | |
| 66. First Eagle Gold Fund (Y) | | | | | | | | | |
| 67. JP Morgan Realty Income (Y) | | | | | | | | | |
| 68. Regions Bank FDIC Money Market (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Lee Alig, personal loan receivable | | None | J | T | | | | | |
| 71. Mass Mutual Life Insurance Policy (cash value) (Y) | | | | | | | | | |
| 72. Mass Mutual Life Insurance 2nd Policy (cash value) (Y) | | | | | | | | | |
| 73. Chase Bank Accounts | A | Interest | L | T | | | | | |
| 74. JPMorgan Bank Accounts (Y) | | | | | | | | | |
| 75. 255 North Alabama St. LLC(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/2/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| La Rue, Denise K. | 5/2/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Denise K. La Rue**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544